ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JON FRANK SMILANICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO. 1:13-CR-00056 AWI-BAM
    Plaintiff, )
    v. ) **STIPULATION AND ORDER TO CONTINUE STATUS HEARING**
JON FRANK SMILANICK, )
    Defendant. )

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing calendared for March 25, 2013, be continued to April 8, 2013 at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The defense requested, and the government is in the process of obtaining, specific reports from the Fresno Police Department, as well as specified dispatch logs. In addition, the defense is awaiting a settlement proposal from the government.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: March 21, 2013    /s/ Kimberly Sanchez
    KIMBERLY SANCHEZ
    Assistant United States Attorney
    **This was agreed to by Ms. Sanchez via email on March 20, 2013**

1

1 | DATED: March 21, 2013     /s/ Roger K. Litman
2 |                            ROGER K. LITMAN
                               Attorney for Defendant
3 |                            JON FRANK SMILANICK

4 |     IT IS SO ORDERED.

5 |     **Dated:   March 21, 2013**              **/s/ Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE

2