ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JON FRANK SMILANICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JON FRANK SMILANICK,<br><br>    Defendant. | CASE NO. 1:13-CR-00056 BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing calendared for June 24, 2013, be continued to July 22, 2013 at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The continuance is necessitated due to defense investigation and the need to review additional discovery which it is anticipated that the government will provide to the defense within the next week.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: June 20, 2013        /s/ Kimberly Sanchez
                                          KIMBERLY SANCHEZ
                                          Assistant United States Attorney
                                          **This was agreed to by Ms. Sanchez via email on June 19, 2013**

1

| | | |
|---|---|---|
| 1 | DATED: June 20, 2013 | /s/ Roger K. Litman |
| 2 | | ROGER K. LITMAN<br>Attorney for Defendant<br>JON FRANK SMILANICK |

    IT IS SO ORDERED.

**Dated:   June 20, 2013**          **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE