ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JON FRANK SMILANICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JON FRANK SMILANICK,<br><br>    Defendant. | CASE NO. 1:13-CR-00056 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing calendared for October 28, 2013, be continued to November 12, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.

The continuance is necessitated to afford defense counsel sufficient time to submit informal and formal objections. The present schedule would result in the draft report being disseminated on a date when defense counsel is out of the country on a previously paid for vacation.

The draft PSR will now be due on October 7, 2013. Informal objections will be due to probation and opposing counsel on October 21, 2013, and formal objections, if any, will be filed with the court and served on probation and opposing counsel by November 4, 2013.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

DATED: August 21, 2013        /s/ Kimberly Sanchez
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney
                              **This was agreed to by Ms. Sanchez via email on August 21, 2013**


DATED: August 21, 2013        /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              JON FRANK SMILANICK


IT IS SO ORDERED.

Dated:   August 22, 2013
                              _____
                              SENIOR DISTRICT JUDGE