| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00056 AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND EXTEND FILING DEADLINES |
| v. | |
| JON SMILANICK, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Roger Litman, attorney for the defendant, that the sentencing set for December 9, 2013 at 10:00 am before the Honorable Anthony W. Ishii be continued to January 6, 2014 at 10:00 a.m. The reason for the request is because undersigned counsel has been summoned for jury duty in the Fresno County Superior Court commencing December 9, 2013.

///
///
///
///
///
///

U.S. v. Smilanick Stipulation         1

The parties further stipulate that the filing deadlines for sentencing memoranda be extended such that the government's memorandum is due December 3, 2013, and the defendant's response is due December 9, 2013.

Dated: November 22, 2013      Respectfully submitted,

                  BENJAMIN B. WAGNER
                  United States Attorney

                By   /s/ Kimberly A. Sanchez
                  KIMBERLY A. SANCHEZ
                  Assistant U.S. Attorney

Dated: November 22, 2013      /s/ Roger Litman
                  ROGER LITMAN
                  Attorney for Jon Smilanick

IT IS SO ORDERED.

Dated:   November 25, 2013                     
           SENIOR DISTRICT JUDGE